# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PROPERTY MANAGEMENT GROUP, LTD., et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | No. 17-1260 |
| v. | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this ___23rd__ day of May, 2017, it is ORDERED that Defendants' Motion to Dismiss (ECF No. 5) is GRANTED. All claims are dismissed with prejudice, except for the takings claim in Count II, which is dismissed without prejudice for lack of ripeness.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: